## First Department, November, 1941.
### (November 7, 1941.)

In the Matter of the Application of Kenneth G. Osborn, Petitioner, Respondent, for an Order of Mandamus against S. Howard Cohen and Others, Constituting the Board of Elections in the City of New York, Respondents, and Samuel W. Phillips, Appellant.— Order unanimously reversed and the application denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

City Bank Farmers Trust Company (Formerly Known as The Farmers' Loan and Trust Company), as Trustee under an Agreement Dated January 7, 1918, Made by Willis Tracy Hanson, Respondent, v. Willis Tracy Hanson, Jr., and Others, Defendants, Impleaded with George Fulford Hanson, Jr., and Others, Appellants.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Cohn and Callahan, JJ.

Emerson Yorke, Appellant, v. Arthur H. Loucks and Another, Respondents. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

Lottie Kreisman and Morris Kreisman, Appellants, v. M. R. & M. R. Realty Corp., Respondent.— Judgment and order affirmed, with costs, on the ground that plaintiffs failed to establish actionable negligence. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.; O'Malley, J., dissents and votes to reverse and grant a new trial on the ground that the plaintiffs established a *prima facie* case upon the questions of negligence and contributory negligence. The fact that the mortgagee was allegedly in control of the building does not exculpate the owners. (*Hecht* v. *Occhipinti Realty Co., Inc.,* 259 App. Div. 1008.) It was error, therefore, to dismiss the complaint at the close of the entire case.

U. S. Studio & Mattress Co., Inc., Appellant, v. Bank of New York and Trust Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

Isaac S. Heller, Respondent, v. Louis Yaeger, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

Murray M. Rosenberg, Inc., Respondent, v. Father & Son Shoe Stores, Inc., Defendant, Impleaded with George Hahn and Others, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.